IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTOINETTE SUCHENKO,

      Plaintiff,                                      18cv0562
                                                        **Lead Case**

              v.

ECCO USA, INC.,

      Defendant.

---

ANTOINETTE SUCHENKO,

      Plaintiff,                                      18cv0565
                                                      **Consolidated Case**

              v.

HOLDINGS ACQUISITION CO., L.P.,

      Defendant.

---

ANTOINETTE SUCHENKO,

      Plaintiff,                                      18cv0566
                                                      **Consolidated Case**

              v.

ERWIN PEARL, INC.,

      Defendant.

RACHEL GNIEWKOWSKI,

      Plaintiff,         18cv0570

                 **Consolidated Case**

          v.

FOX HEAD, INC.,

      Defendant.

---

RACHEL GNIEWKOWSKI,

      Plaintiff,        18cv0572

                 **Consolidated Case**

          v.

DILLARD'S, INC.,

      Defendant.

---

RACHEL GNIEWKOWSKI,

      Plaintiff,        18cv0573

                 **Consolidated Case**

          v.

ASPEN DENTAL MANAGEMENT, INC.,

      Defendant.

---

LISA FRAZIER,

      Plaintiff,        18cv0580

                 **Consolidated Case**

          v.

JM BULLION, INC.,

      Defendant.

ANTOINETTE SUCHENKO,

        Plaintiff,                    18cv0583
                                                  **Consolidated Case**

        v.

GOSH ENTERPRISES, INC.,

        Defendant.

---

ANTOINETTE SUCHENKO,

        Plaintiff,                    18cv0584
                                                  **Consolidated Case**

        v.

HOWARD HANNA REAL ESTATE
SERVICES,

        Defendant.

---

ANTOINETTE SUCHENKO,

        Plaintiff,                    18cv0603
                                                  **Consolidated Case**

        v.

TEMPUR-PEDIC NORTH AMERICA, LLC,

        Defendant.

RACHEL GNIEWKOWSKI,

      Plaintiff,                      18cv0608

                                       **Consolidated Case**

           v.

TREK BICYCLE CORPORATION, ETREK, LLC, TREKBIKES.COM LLC,

      Defendants.

---

ANTOINETTE SUCHENKO,

      Plaintiff,                      18cv0620

                                       **Consolidated Case**

           v.

WALTERS & MASON RETAIL, INC.,

      Defendant.

---

RACHEL GNIEWKOWSKI,

      Plaintiff,                      18cv0624

                                       **Consolidated Case**

           v.

DIESEL USA, INC.,

      Defendants.

---

ANTOINETTE SUCHENKO,

      Plaintiff,                      18cv0626

                                       **Consolidated Case**

           v.

GOOP INC.,

      Defendant.

RACHEL GNIEWKOWSKI,

        Plaintiff,                      18cv0095 Johnstown
                                                    **Consolidated Case**

        v.

SHEETZ, INC.,

        Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 18-565, 18-566, 18-570, 18-572, 18-573, 18-580, 18-583, 18-584, 18-603, 18-608, 18-620, 18-624, 18-626, and 18-95 Johnstown are hereby consolidated with Civil Action No. 18-562, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 18-562.

3. The Clerk of Court shall close Civil Action No. 18-565, 18-566, 18-570, 18-572, 18-573, 18-580, 18-583, 18-584, 18-603, 18-608, 18-620, 18-624, 18-626, and 18-95 Johnstown.

        **SO ORDERED** this 18th day of May, 2018.

        s/Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge