### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO,<br><br>          Plaintiffs,<br>vs.<br><br>ECCO USA, INC.,<br><br>          Defendant. | No. 2:18-cv-00562-AJS<br><br>**LEAD CASE** |
| LISA FRAZIER,<br><br>          Plaintiffs,<br>vs.<br><br>JM BULLION, INC.,<br><br>          Defendant. | No. 2:18-cv-00580-AJS<br><br>**MEMBER CASE** |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff, Lisa Frazier, hereby voluntarily dismisses with prejudice her claims against the Defendant, JM Bullion, Inc.

Respectfully submitted,

*/s/ Kevin W. Tucker*
Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
ktucker@carlsonlynch.com
bsweet@carlsonlynch.com

*Attorneys for Plaintiff*