UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO,<br><br>          Plaintiffs,<br>vs.<br><br>ECCO USA, INC.,<br><br>          Defendant. | Civil Action No. 2:18-cv-00562-AJS<br><br>LEAD CASE |

## NOTICE OF DISMISSAL

Plaintiff, Antoinette Suchenko, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby notifies the Court that she voluntarily dismisses her Complaint against Defendant ECCO USA, Inc. with prejudice. Defendant has not answered Plaintiff's Complaint nor moved for summary judgment on any claims asserted therein.

Respectfully,

*/s/ Kevin W. Tucker*
Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on July 2, 2018, I caused a true and correct copy of foregoing *Notice of Dismissal* to be filed electronically and served via the Court's ECF system.

                                      Respectfully Submitted,

                    By: */s/ Kevin W. Tucker*
                          Kevin W. Tucker (PA Bar No. 312144)