IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO,<br><br>   Plaintiff,<br> v.<br><br>ECCO USA, INC.,<br><br>   Defendant. | No. 2:18-cv-00562-AJS<br><br>LEAD CASE |
| ANTOINETTE SUCHENKO,<br><br>   Plaintiff,<br>vs.<br><br>WALTERS & MASON RETAIL, INC.,<br><br>   Defendant. | No. 2:18-cv-00620-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Antoinette Suchenko, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, Walters & Mason Retail, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

          */s/ Kevin W. Tucker*
          Kevin W. Tucker
          Benjamin J. Sweet
          Carlson Lynch Sweet Kilpela & Carpenter, LLP
          1133 Penn Avenue, 5th Floor
          Pittsburgh, PA 15222
          T. (412) 322-9243

          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on July 12, 2018, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
Kevin W. Tucker (PA Bar No. 312144)