# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO,<br><br>　　　　Plaintiff,<br>vs.<br><br>ECCO USA, INC.,<br><br>　　　　Defendant. | No. 2:18-cv-00562-AJS<br><br>LEAD CASE |
| ANTOINETTE SUCHENKO,<br><br>　　　　Plaintiff,<br>vs.<br><br>TEMPUR-PEDIC NORTH AMERICA, LLC,<br><br>　　　　Defendant. | No. 2:18-cv-00603-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Antoinette Suchenko, by and through her undersigned counsel, hereby advises this Honorable Court of the settlement of this action. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

Dated: July 31, 2018

Respectfully Submitted,

*/s/ Kevin W. Tucker*
Kevin W. Tucker
Benjamin J. Sweet
CARLSON LYNCH SWEET KILPELA
& CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
ktucker@carlsonlynch.com
bsweet@carlsonlynch.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on July 31, 2018.

                                                 */s/ Kevin W. Tucker*
                                                 Kevin W. Tucker