IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO,<br><br>        Plaintiff,<br>vs.<br><br>ECCO USA, INC.,<br><br>        Defendant. | No. 2:18-cv-00562-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI,<br><br>        Plaintiff,<br>vs.<br><br>DILLARD'S, INC.,<br><br>        Defendant. | No. 2:18-cv-00565-AJS<br><br>MEMBER CASE |

## **STIPULATION OF DISMISSAL**

COMES NOW Plaintiff, Rachel Gniewkowski, and Defendant, Dillard's, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1.    This action shall be DISMISSED, with prejudice; and

2.    Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

*- Continued on a separate page -*

Respectfully submitted on August 3, 2018,

| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
|---|---|
| */s/ Kevin W. Tucker* | */s/ Mariah H. McGrogan* |
| Kevin W. Tucker, Esquire | Mariah H. McGrogan, Esq. |
| Benjamin J. Sweet, Esquire | Jackson Lewis P.C. |
| CARLSON LYNCH SWEET & KILPELA, LLP | Liberty Center |
| 1133 Penn Avenue, 5th Floor | 1001 Liberty Avenue |
| Pittsburgh, PA 15222 | Suite 1000 |
| T. (412) 322-9243 | Pittsburgh, PA 15222 |
| F. (412) 231-0246 | T: (412) 232-0404 |
| bsweet@carlsonlynch.com | mariah.mcgrogan@jacksonlewis.com |
| ktucker@carlsonlynch.com | |

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on August 3, 2018, I caused a true and correct copy of foregoing *Stipulation of Dismissal* to be filed electronically and served via the Court's ECF system.

                                    Respectfully Submitted,

                    By:  */s/ Kevin W. Tucker*
                              Kevin W. Tucker (PA Bar No. 312144)