IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO,<br><br>            Plaintiff,<br>vs.<br><br>ECCO USA, INC.,<br><br>            Defendant. | No. 2:18-cv-00562-AJS<br><br>LEAD CASE |
| ANTOINETTE SUCHENKO,<br><br>            Plaintiff,<br>vs.<br><br>ERWIN PEARL, INC.,<br><br>            Defendant. | No. 2:18-cv-00566-AJS<br><br>MEMBER CASE |

## NOTICE OF DISMISSAL

Plaintiff, Antoinette Suchenko, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby notifies the Court that she voluntarily dismisses her Complaint against Defendant Erwin Pearl, Inc. with prejudice. Defendant has not answered Plaintiff's Complaint nor moved for summary judgment on any claims asserted therein.

Respectfully,

*/s/ Kevin W. Tucker*

Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on August 3, 2018, I caused a true and correct copy of foregoing *Notice of Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
Kevin W. Tucker (PA Bar No. 312144)