IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO,<br><br>   Plaintiff,<br>vs.<br><br>ECCO USA, INC.,<br><br>   Defendant. | No. 2:18-cv-00562-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI,<br><br>   Plaintiff,<br>vs.<br><br>FOX HEAD, INC.,<br><br>   Defendant. | No. 2:18-cv-00570-AJS<br><br>MEMBER CASE |

## **NOTICE OF SETTLEMENT**

  COMES NOW Plaintiff Rachel Gniewkowski, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, Fox Head, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

            */s/ Kevin W. Tucker*
            Kevin W. Tucker
            Benjamin J. Sweet
            Carlson Lynch Sweet Kilpela & Carpenter, LLP
            1133 Penn Avenue, 5th Floor
            Pittsburgh, PA 15222
            T. (412) 322-9243

            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on August 15, 2018, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

                                      Respectfully Submitted,

By:  */s/ Kevin W. Tucker*
       Kevin W. Tucker (PA Bar No. 312144)