# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO, et. al., | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 2:18-cv-00562 |
| v. | ) |
| | ) LEAD CASE |
| ECCO USA, INC., et al., | ) |
| Defendants. | ) |

| | |
|---|---|
| RACHEL GNIEWKOWSKI, | ) |
| Plaintiff, | ) Civil Action No. 3:18-cv-00095 |
| v. | ) MEMBER CASE |
| SHEETZ, INC., | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff, Rachel Gniewkowski, hereby voluntarily dismisses with prejudice her claims against the Defendant, Sheetz, Inc.

Respectfully submitted,

*/s/ Kevin W. Tucker*
Benjamin J. Sweet
Kevin W. Tucker
Carlson Lynch Sweet Kilpela & Carpenter, LLC
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
bsweet@carlsonlynch.com
ktucker@carlsonlynch.com

*Attorneys for Plaintiff*