IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO,<br><br>　　　　Plaintiff,<br>vs.<br><br>ECCO USA, INC.,<br><br>　　　　Defendant. | No. 2:18-cv-00562-AJS<br><br>LEAD CASE |
| ANTOINETTE SUCHENKO,<br><br>　　　　Plaintiff,<br>vs.<br><br>HOWARD HANNA REAL ESTATE SERVICES,<br><br>　　　　Defendant. | No. 2:18-cv-00584-AJS<br><br>MEMBER CASE |

## **NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Antoinette Suchenko, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, Howard Hanna Real Estate Services. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

　　　　　　　　　　　　　　　　　　*/s/ Kevin W. Tucker*
　　　　　　　　　　　　　　　　　　Kevin W. Tucker
　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　Carlson Lynch Sweet Kilpela & Carpenter, LLP
　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　T. (412) 322-9243

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on August 31, 2018, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
Kevin W. Tucker (PA Bar No. 312144)