IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO,<br><br>       Plaintiff,<br><br>vs.<br><br>ECCO USA, INC.,<br><br>       Defendant. | No. 2:18-cv-00562-AJS<br><br>LEAD CASE |
| ANTOINETTE SUCHENKO and LISA GATHERS,<br><br>       Plaintiffs,<br><br>vs.<br><br>PURPLE INNOVATION, LLC d/b/a PURPLE,<br><br>       Defendant. | Civil Action No. 2:18-cv-00962-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Antoinette Suchenko and Lisa Gathers, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant, Purple Innovation, LLC d/b/a Purple. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

AND NOW, this _____5th_____
day of _September_, 20 _18_,
IT IS SO ORDERED.

_[signature]_

UNITED STATES DISTRICT JUDGE

/s/ Kevin W. Tucker
_____
Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Kevin W. Tucker, hereby certify that on September 4, 2018, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By:  */s/ Kevin W. Tucker*
      Kevin W. Tucker (PA Bar No. 312144)