# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO,<br><br>　　　　　Plaintiff,<br>v.<br><br>ECCO USA, INC., et al. | Civil Action No. 2:18-562<br>**Lead Case** |
| ANTOINETTE SUCHENKO and<br>LISA GATHERS,<br><br>　　　　　Plaintiffs,<br>v.<br><br>PURPLE INNOVATION, LLC, d/b/a<br>PURPLE,<br>　　　　　Defendants. | Civil Action No. 2:18-962<br>**Consolidated Case** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs ANTIONETTE SUCHENKO and LISA GATHERS ("Plaintiffs") and Defendant, PURPLE INNOVATION, LLC ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted in this action be dismissed with prejudice. Plaintiffs acknowledge in dismissing this case that as of today's date, they can browse and make purchases on the website with their screen reading software.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court enter an order dismissing this action with prejudice with each party to bear its own attorneys' fees and costs.

Consistent herewith, Plaintiffs and Defendant consent to the Court having its case closed for administrative purposes.

Respectfully submitted,

| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
|---|---|
| */s/Kevin W. Tucker*_____ | */s/ Ryan T. Benson*_____ |
| Kevin W. Tucker, Esq. | Ryan T. Benson, Esq. |
| Benjamin J. Sweet, Esq. | O'HAGAN MEYER |
| CARLSON LYNCH SWEET | One E Wacker, Suite 3400 |
| KILPELA & CARPENTER, LLP | Chicago, IL 60601 |
| 1133 Penn Avenue, 5th Floor | T. (312) 422-6138 |
| Pittsburgh, PA 15222 | rbenson@ohaganmeyer.com |
| T. (412) 322-9243 | |
| F. (412) 231-0246 | |
| bsweet@carlsonlynch.com | |
| ktucker@carlsonlynch.com | |