IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE SUCHENKO,<br><br>        Plaintiff,<br><br>vs.<br><br>ECCO USA, INC.,<br><br>        Defendant. | No. 2:18-cv-00562-AJS<br><br>LEAD CASE |
| ANTOINETTE SUCHENKO,<br><br>        Plaintiff,<br><br>vs.<br><br>HOLDINGS ACQUISITION CO., L.P.,<br><br>        Defendant. | No. 2:18-cv-00565-AJS<br><br>MEMBER CASE |

## <u>NOTICE OF SETTLEMENT</u>

COMES NOW Plaintiff Antoinette Suchenko, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Holdings Acquisition Co., L.P. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

*/s/ Kevin W. Tucker*
_____
Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on October 30, 2018, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By:   */s/ Kevin W. Tucker*
        Kevin W. Tucker (PA Bar No. 312144)